IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| MICHAEL L. FERGUSON, | : | CIVIL ACTION NO. |
| MYRL C. JEFFCOAT and | : | 1:17-cv-06685-ALC |
| DEBORAH SMITH, on behalf of the | : | |
| DST SYSTEMS, INC. 401(K) PROFIT | : | |
| SHARING PLAN, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| RUANE CUNNIFF & GOLDFARB INC.; | : | |
| DST SYSTEMS, INC.; THE ADVISORY | : | |
| COMMITTEE OF THE DST SYSTEMS, INC. | : | |
| 401(K) PROFIT SHARING PLAN and THE | : | |
| COMPENSATION COMMITTEE OF THE | : | |
| BOARD OF DIRECTORS OF DST SYSTEMS, | : | |
| INC., | : | |
| | : | |
| Defendants. | : | |

## JOINT STATUS REPORT

Plaintiffs, Michael L. Ferguson, Myrl C. Jeffcoat and Deborah Smith ("Plaintiffs"), Defendant, Ruane, Cunniff & Goldfarb, Inc. ("Ruane"), and Defendants, DST Systems, Inc. ("DST"), the Advisory Committee of the DST 401(k) Profit Sharing Plan (the "Advisory Committee"), and the Compensation Committee of the Board of Directors of DST (the "Compensation Committee")(collectively, the "DST Defendants"), respectfully submit this Joint Status Report.

As the parties reported on January 10, 2018, May 9, 2018 and July 10, 2018, Plaintiffs, Ruane and the DST Defendants have engaged in previous settlement discussions and mediation sessions with David Geronemus, Esquire of JAMS in an effort to resolve this complex dispute.

Although the parties will continue to engage in discussions and are hopeful that an amicable resolution can be reached in the future with the participation of the United States Department of Labor, which is acting under a joint cooperation agreement with Plaintiffs, they have not been successful in reaching a resolution at this time.  The parties jointly request that the Court schedule a status conference.

| | |
|---|---|
| Dated: September 27, 2018 | Respectfully submitted, |
| | SHEPHERD, FINKELMAN, MILLER   & SHAH, LLP |
| | /s/   Laurie Rubinow (LR 6637) <br> James E. Miller <br> Laurie Rubinow <br> 65 Main Street <br> Chester, CT 06412 <br> Telephone: (860) 526-1100 <br> Email: jmiller@sfmslaw.com <br> lrubinow@sfmslaw.com |
| | Ronald S. Kravitz <br> Kolin C. Tang <br> SHEPHERD, FINKELMAN, MILLER   & SHAH, LLP <br> Filbert Landing <br> 201 Filbert Street, Suite 201 <br> San Francisco, CA 94111 <br> Telephone: (415) 429-5272 <br> Facsimile:  (866) 300-7367 <br> Email: rkravitz@sfmslaw.com <br> ktang@sfmslaw.com |

        Chiharu G. Sekino
        SHEPHERD, FINKELMAN, MILLER
          & SHAH, LLP
        401 West A Street, Suite 2550
        San Diego, CA 92101
        Telephone: 619-235-2416
        Facsimile: (866) 300-7367
        Email: csekino@sfmslaw.com

        Monique Olivier
        Olivier, Schreiber & Chao LLP
        201 Filbert Street, No. 201
        San Francisco, CA 94104
        Telephone: (415) 484-0980
        Email: monique@osclegal.com

        ***Attorneys for Plaintiffs***


Dated: September 27, 2018      /s/ Robert J. Ward
        Robert J. Ward
        Ronald E. Richman
        Frank W. Olander
        Schulte Roth & Zabel LLP (NY)
        919 Third Avenue
        New York, NY 10022
        Telephone: (212) 756-2000
        Email: robert.ward@srz.com
        ronald.richman@srz.com
        frank.olander@srz.com


        ***Attorneys for Defendant,***
        ***Ruane Cunniff & Goldfarb, Inc.***


Dated: September 27, 2018      /s/ Michael S. Hines
        James R. Carroll
        Michael S. Hines
        SKADDEN, ARPS, SLATE,
         MEAGHER & FLOM LLP
         & Flom LLP
        500 Boylston Street
        Boston, Massachusetts 02116-3740

(617) 573-4800
james.carroll@skadden.com
michael.hines@skadden.com

Scott D. Musoff
Alexander C. Drylewski
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
scott.musoff@skadden.com
alexander.drylewski@skadden.com

*Attorneys for Defendants, DST Systems, Inc., The Advisory Committee of the DST Systems, Inc. 401(k) Profit Sharing Plan and The Compensation Committee of the Board of Directors of DST Systems, Inc.*

## CERTIFICATE OF SERVICE

    I hereby certify that on September 27, 2018, a true and correct copy of the foregoing Joint Status Report was served by electronic mail on all counsel of record.

                                          /s/Laurie Rubinow
                                          Laurie Rubinow
                                          SHEPHERD, FINKELMAN, MILLER
                                           &amp; SHAH, LLP