USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2-5-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

RUANE CUNNIFF & GOLDFARB, INC.,

                       Plaintiffs,         17-cv-6685 (ALC)

     -against-                          **ORDER**

PAYNE ET AL,

                       Defendants

------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of Defendants' letter motion requesting a pre-motion conference in anticipation of their motion to dismiss. Given that a motion to disqualify is pending in a related case involving some of the same law firms, Defendants' motion requesting a conference is DENIED without prejudice.

**SO ORDERED.**

Dated: February 5, 2020

      New York, New York                        ANDREW L. CARTER, JR.
                                                      United States District Judge