USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/19/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL L. FERGUSON, et al.,

    Plaintiffs,

-against-

RUANE CUNIFF & GOLDFARB INC., et al.,

    Defendants.

17-CV-6685 (ALC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    In light of the ongoing national public health emergency, the status conference scheduled for **April 9, 2020, at 10:00 a.m.**, will be conducted telephonically. At that time, the parties shall call into the below teleconference:

    Call in number:    888-557-8511
    Access Code:    7746387

Dated: New York, New York
       March 19, 2020

          **SO ORDERED**.

          _____
          **BARBARA MOSES**
          **United States Magistrate Judge**