UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL L. FERGUSON, et al.,

    Plaintiffs,

-against-

RUANE CUNIFF & GOLDFARB INC., et al.,

    Defendants.

17-CV-6685 (ALC) (BCM)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/09/2020

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons stated on the record during the April 9, 2020 telephonic conference, it is hereby ORDERED that:

1. The parties shall substantially complete written discovery with respect to documents and information readily available through electronic or other remote means (including the service of privilege logs in accordance with Local Civil Rule 26.2 as to documents or information withheld on privilege grounds) no later than **June 8, 2020**.

2. Judge Moses will conduct a further telephonic status conference on **June 4, 2020, at 10:00 a.m.** At that time, counsel are directed to call the Court's conference line **(888) 557-8511** and enter the access code **7746387**. In advance of the conference, and no later than **June 1, 2020**, the parties shall submit a joint letter updating the Court on the progress of discovery, outlining in general terms documents that have been produced in response to written discovery and documents that have not yet been produced. It is the intention of the Court to set further discovery deadlines at the June 4 conference, including deadlines for depositions and expert discovery.

3. If the parties believe that a conference with the Court prior to June 4 would be helpful in this matter, they may file a joint letter outlining the issues that require the Court's attention and proposing at least two mutually agreeable dates and times. The Court ordinarily conducts telephonic conferences during the morning hours, Mondays through Thursdays.

Dated: New York, New York
April 9, 2020

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**