USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7/20/20

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

| | : | |
|---|---|---|
| **FERGUSON et al,** | : | |
| | : | |
| Plaintiffs, | : | **1:17-cv-06685 (ALC)** |
| | : | |
| -against- | : | <u>**ORDER SETTING ORAL**</u> |
| | : | <u>**ARGUMENT**</u> |
| **RUANE CUNIFF & GOLDFARB INC. et al.,** | : | |
| | : | |
| Defendants. | : | |
| | : | |

-------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

The Court hereby schedules oral argument on the pending motion for class certification for August 13, 2020 at 10:00 a.m. The parties should appear by telephone

Plaintiffs should initiate the call to the other parties, and once all relevant parties are on the line, should contact the Court at 1-888-363-4749 (Conference Code: 3768660) on the date and time specified above.

**SO ORDERED.**

**Dated:**  July 20, 2020

 New York, New York                                                                       **ANDREW L. CARTER, JR.**
                                                                                                               **United States District Judge**