```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 8/11/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
    **MICHAEL L. FERGUSON et al,**

                               **Plaintiff,**

        -against-                          **1:17-cv-06685 (ALC)**

    **RUANE CUNIFF & GOLDFARB INC., et al.,**      **ORDER**

                           **Defendants.**

------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

       This matter is scheduled for Oral Argument on August 13, 2020 at 10:00 a.m. Each of the four parties—the *Ferguson* Plaintiffs, Defendants, Arbitration Claimants, and *Canfield/Mendon* Plaintiffs—in that order, will have six minutes for opening statements. In the same order, the parties will then each have two minutes for rebuttal. In the same order, each party will also have three minutes for closing statements.

**SO ORDERED.**

**Dated:**  August 11, 2020
           New York, New York                        **ANDREW L. CARTER, JR.**
                                                                         **United States District Judge**