```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 8/19/20
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
  **MICHAEL L. FERGUSON et al.,**               :
                                                       **Plaintiffs,**    :
                                                                     :    **1:17-cv-6685 (ALC)**
          **-against-**                                  :
                                                                      :    **ORDER**
  **RUANE CUNIFF & GOLDFARB, et al,**         :
                                                         **Defendant.**    :
------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court received a call from James Stapleton who stated that he is an arbitrator presiding in one of the arbitrations related to this matter. He requested an update from the Court regarding the pending motion for class certification and the Court's timetable for deciding the motion. The motion for class certification is still under consideration by the Court and the Court does not have a timeframe for deciding the motion at this time. If the parties wish, they may provide this information to the relevant arbitrators. The Court does not intend to contact Mr. Stapleton to provide this information or discuss the pending motion for class certification at all. By 11:00 a.m. tomorrow morning, the parties should respond to this Order, providing the Court with their thoughts on this proposed course of action.

**SO ORDERED.**

**Dated:**   August 19, 2020
             New York, New York                         **ANDREW L. CARTER, JR.**
                                                                             **United States District Judge**