```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/12/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL L. FERGUSON, et al.,

        Plaintiffs,

    -against-

RUANE CUNIFF & GOLDFARB INC., et al.,

        Defendants.

17-CV-6685 (ALC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons discussed during the November 12, 2020 settlement-related conference it is hereby ORDERED that, no later than **November 25, 2020**, plaintiffs and defendant Ruane Cuniff & Goldfarb Inc. shall submit a confidential joint settlement status update letter to chambers via email to Moses_NYSDChambers@nysd.uscourts.gov, updating the Court as to whether the parties have, following further meet and confer efforts, resolved the two discovery disputes that were the subject of the November 12, 2020 conference, and whether a further conference with the Court would be helpful in resolving any disputes that remain.

It is further ORDERED that the discovery deadlines in this matter are extended as follows:

1.    <u>Depositions and Additional Fact Discovery</u>. All remaining fact discovery, including depositions, shall be completed no later than **January 8, 2021**.

2.    <u>Expert Discovery</u>. Disclosure of plaintiffs' expert evidence, including the identities and written reports of experts, as required by Fed. R. Civ. P. 26(a)(2)(A), (B), or (C), shall be made no later than **January 22, 2021**. Disclosure of defendants' expert evidence, including the identities and written reports of experts, as required by Fed. R. Civ. P. 26(a)(2)(A), (B), or (C), shall be made no later than **February 22, 2021**. The disclosure of expert evidence intended solely to contradict or rebut expert evidence on the same subject matter disclosed by the

opposing party shall be made no later than **March 8, 2021**. Depositions of experts shall be completed no later than **April 5, 2021**.

      3.      <u>Close of Discovery</u>. All discovery shall be completed no later than **April 5, 2021**.

Dated: New York, New York
       November 12, 2020

                          **SO ORDERED**.

                          **BARBARA MOSES**
                          **United States Magistrate Judge**