

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL L. FERGUSON, et al.,

       Plaintiffs,

-against-

RUANE CUNIFF & GOLDFARB INC., et al.,

       Defendants.

17-CV-6685 (ALC) (BCM)

**REVISED ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    For the reasons discussed during the November 12, 2020 conference it is hereby ORDERED that, no later than **November 25, 2020**, the parties shall submit a joint confidential settlement status update letter via email to Moses_NYSDChambers@nysd.uscourts.gov.

    It is further ORDERED that the discovery deadlines in this matter are EXTENDED as follows:

    1.    <u>Depositions and Additional Fact Discovery</u>. All remaining fact discovery, including depositions, shall be completed no later than **January 8, 2021**.

    2.    <u>Expert Discovery</u>. Disclosure of plaintiffs' expert evidence, including the identities and written reports of experts, as required by Fed. R. Civ. P. 26(a)(2)(A), (B), or (C), shall be made no later than **January 22, 2021**. Disclosure of defendants' expert evidence, including the identities and written reports of experts, as required by Fed. R. Civ. P. 26(a)(2)(A), (B), or (C), shall be made no later than **February 22, 2021**. The disclosure of expert evidence intended solely to contradict or rebut expert evidence on the same subject matter disclosed by the opposing party shall be made no later than **March 8, 2021**. Depositions of experts shall be completed no later than **April 5, 2021**.

    3.    <u>Close of Discovery</u>. All discovery shall be completed no later than **April 5, 2021**.

Dated:  New York, New York
         November 19, 2020

                              **SO ORDERED**.

                              **BARBARA MOSES**
                              **United States Magistrate Judge**