PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064

TELEPHONE (212) 373-3000

LLOYD K. GARRISON    (1946-1991)
RANDOLPH E. PAUL     (1946-1956)
SIMON H. RIFKIND     (1950-1995)
LOUIS S. WEISS       (1927-1950)
JOHN F. WHARTON      (1927-1977)

WRITER'S DIRECT DIAL NUMBER

(212) 373-3215

WRITER'S DIRECT FACSIMILE

(212) 492-0215

WRITER'S DIRECT E-MAIL ADDRESS

lclayton@paulweiss.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: November 30, 2020

November 25, 2020

**VIA ECF**

The Honorable Andrew L. Carter, Jr.
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

MEMO ENDORSED

Re:   *Canfield, et al.* v. *SS&C Technologies Holdings, Inc., et al.*, 18-CV-08913-ALC
      *Mendon, et al.* v. *SS&C Technologies Holdings, Inc., et al.*, 18-CV-10252-ALC
      *Ferguson et al* v. *Ruane, Cunniff & Goldfarb, Inc., et al.*, 17-CV-06685-ALC

Dear Judge Carter:

      We represent the DST Defendants in these actions.[1] Pursuant to Your Honor's Individual Practices, we write to request permission to file and maintain under seal certain redacted portions of the letter filed contemporaneously herewith.

      Certain information in this letter is excerpted from a letter that the Court previously has ordered maintained under seal, (*see* ECF Nos. 236 (*Ferguson*); 90 (*Canfield*); 87 (*Mendon*)), in response to the letter filed under seal by Andrew Schermerhorn on November 4, 2020 (*see* ECF Nos. 230-31 (*Ferguson*); 84-85

---

[1]   The "DST Defendants" are DST Systems, Inc. ("DST"), the Advisory Committee of the DST Systems, Inc. 401(k) Profit Sharing Plan (the "Advisory Committee"), and the Compensation Committee of the Board of Directors of DST (the "Compensation Committee").

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

The Honorable Andrew L. Carter, Jr.                                                            2

(*Canfield*); 81-82 (*Mendon*)).  We respectfully submit that those excerpts should be maintained under seal for the same reasons set forth in the DST Defendants' original sealing application (*see* ECF Nos. 233 (*Ferguson*); 87 (*Canfield*); 84 (*Mendon*)), consistent with the Court's order sealing the underlying letter from which those excerpts are drawn.

                                                Respectfully submitted,

                                                /s/ Lewis R. Clayton
                                                Lewis R. Clayton

cc:      All Counsel of Record (by ECF Filing)

SO ORDERED:

*/s/ Andrew L. Carter, Jr.*

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

November 30, 2020