USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/2/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL L. FERGUSON, et al.,

        Plaintiffs,

-against-

RUANE CUNIFF & GOLDFARB INC., et al.,

        Defendants.

17-CV-6685 (ALC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    It is hereby ORDERED that, no later than **December 4, 2020**, the parties shall submit a joint confidential settlement status update letter via email to Moses_NYSDChambers@nysd.uscourts.gov.

Dated:  New York, New York
        December 2, 2020

                  **SO ORDERED**.

                  **BARBARA MOSES**
                  **United States Magistrate Judge**