

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL L. FERGUSON, et al.,

        Plaintiffs,

-against-

RUANE CUNIFF & GOLDFARB INC., et al.,

        Defendants.

17-CV-6685 (ALC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court has received and reviewed the parties' confidential joint letter dated December 4, 2020. It is hereby ORDERED that, no later than **December 16, 2020**, the parties shall again submit a joint confidential settlement status update letter, via email, to Moses_NYSDChambers@nysd.uscourts.gov.

Dated: New York, New York
       December 7, 2020

                          **SO ORDERED**.

                          _____
                          **BARBARA MOSES**
                          **United States Magistrate Judge**