```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/17/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL L. FERGUSON, et al.,

        Plaintiffs,

-against-

RUANE CUNIFF & GOLDFARB INC., et al.,

        Defendants.

17-CV-6685 (ALC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court has received a joint letter-application, via email, requesting that all current discovery deadlines be vacated in contemplation of settlement. Absent extraordinary circumstances not present here, the Court does not accept letter-applications by email. The parties are directed to file their scheduling request on the Court's electronic docket.

Dated: New York, New York
       December 17, 2020

                              **SO ORDERED**.

                              _____
                              **BARBARA MOSES**
                              **United States Magistrate Judge**