USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: December 23, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MICHAEL L. FERGUSON,
MYRL C. JEFFCOAT and
DEBORAH SMITH, on behalf of the
DST SYSTEMS, INC. 401(K) PROFIT
SHARING PLAN,

        Plaintiffs,

-against-

RUANE CUNNIFF & GOLDFARB INC.;
DST SYSTEMS, INC.; THE ADVISORY
COMMITTEE OF THE DST SYSTEMS,
INC. 401(K) PROFIT SHARING PLAN
AND THE COMPENSATION
COMMITTEE OF THE BOARD OF
DIRECTORS OF DST SYSTEMS, INC.;

        Defendants.

1:17-cv-06685-ALC

**ORDER**

---

**ANDREW L. CARTER, JR., United States District Judge:**

    In light of Plaintiffs' settlement in principle with the RCG Defendants, the remaining Parties shall file a status letter regarding where the briefing stands on Plaintiffs' motion to amend and motion for class certification by January 5, 2021.

**SO ORDERED.**

**Dated:** December 23, 2020
       New York, New York

                                            **ANDREW L. CARTER, JR.**
                                            **United States District Judge**