USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: January 11, 2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

**MICHAEL L. FERGUSON,**
**MYRL C. JEFFCOAT and**
**DEBORAH SMITH, on behalf of the**
**DST SYSTEMS, INC. 401(K) PROFIT**
**SHARING PLAN** ,

              **Plaintiffs,**

-against-

**RUANE CUNNIFF & GOLDFARB INC.;**
**DST SYSTEMS, INC.; THE ADVISORY**
**COMMITTEE OF THE DST SYSTEMS,**
**INC. 401(K) PROFIT SHARING PLAN**
**AND THE COMPENSATION**
**COMMITTEE OF THE BOARD OF**
**DIRECTORS OF DST SYSTEMS, INC.;**

              **Defendants.**

------------------------------------------------------------ x

1:17-cv-06685-ALC

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

In light of Plaintiffs' proposed settlement with the RCG and DST Defendants, the Intervenor Arbitration Claimants shall file any opposition to the Preliminary Approval Orders by January 18, 2021.

**SO ORDERED.**

**Dated:** January 11, 2021

      New York, New York

                                                  **ANDREW L. CARTER, JR.**
                                                   **United States District Judge**