# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| MICHAEL L. FERGUSON, MYRL C. JEFFCOAT and DEBORAH SMITH, individually and as representatives of a class of similarly situated plan participants and beneficiaries, and on behalf of the DST SYSTEMS, INC. 401(K) PROFIT SHARING PLAN, | : : : : : : : : | Civil Action No. 1:17-cv-06685-ALC-BCM |
| Plaintiffs, | : | |
| v. | : : | |
| RUANE CUNNIFF & GOLDFARB, INC. *et al.*, | : : | |
| Defendants. | : : | January 12, 2021 |

## PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND FOR RELATED RELIEF

Plaintiffs, Michael L. Ferguson, Myrl C. Jeffcoat and Deborah Smith ("Plaintiffs"), respectfully submit this Unopposed Motion for Preliminary Approval of Class Action Settlement and related relief. For the reasons explained in the accompanying Memorandum of Law, Plaintiffs respectfully request that the Court preliminarily approve the proposed Class Action Settlement Agreement and Release with Defendant, Ruane Cunniff & Goldfarb, Inc. ("RCG" or "Defendant"), dated January 8, 2021 [Dkt. 262-263] (the "Settlement Stipulation").

Dated: January 12, 2021                              Respectfully submitted,

                                    SHEPHERD, FINKELMAN,
                                      MILLER & SHAH, LLP

                                /s/ Laurie Rubinow
                                James E. Miller
                                Laurie Rubinow (Bar No. LR-6637)
                                65 Main Street
                                Chester, CT 06412
                                Telephone: (860) 526-1100
                                Facsimile: (866) 300-7367
                                Email: jmiller@sfmslaw.com
                                          lrubinow@sfmslaw.com

                                Heidi A. Wendel
                                SHEPHERD, FINKELMAN, MILLER
                                  & SHAH, LLP
                                52 Duane Street, 7th Floor
                                New York, NY 10007
                                Telephone: (212) 419-0156
                                Facsimile: (866) 300-7367
                                Email: hwendel@sfmslaw.com

                                Nathan C. Zipperian
                                SHEPHERD, FINKELMAN, MILLER
                                  & SHAH, LLP
                                1625 N. Commerce Parkway, Suite 320
                                Fort Lauderdale, FL 33326
                                Telephone: (954) 515-0123
                                Facsimile: (866) 300-7367
                                Email: nzipperian@sfmslaw.com

                                Ronald S. Kravitz
                                Kolin C. Tang
                                SHEPHERD, FINKELMAN, MILLER
                                  & SHAH, LLP
                                201 Filbert Street, Suite 201
                                San Francisco, CA 94111
                                Telephone: (415) 429-5272
                                Facsimile:  (866) 300-7367
                                Email: rkravitz@sfmslaw.com
                                          ktang@sfmslaw.com

James C. Shah
Alec J. Berin
SHEPHERD, FINKELMAN, MILLER
 & SHAH, LLP
1845 Walnut Street, Suite 806
Philadelphia, PA 19103
Telephone: (610) 891-9880
Facsimile: (866) 300-7367
Email: jshah@sfmslaw.com
         aberin@sfmslaw.com

Monique Olivier
OLIVIER SCHREIBER & CHAO LLP
201 Filbert Street, Suite 201
San Francisco, CA 94133
Telephone: (415) 484-0980
Email:
monique@osclegal.com

*Attorneys for Plaintiffs and the Proposed Class*