USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: March 8, 2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **MICHAEL L. FERGUSON ET AL,**<br><br>                              **Plaintiffs,**<br><br>        -against-<br><br>**RUANE CUNIFF & GOLDFARB INC.,**<br><br>                              **Defendants.** | **17-CV-6685 (ALC)**<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

In light of the Second Circuit's opinion in *Cooper v. Ruane Cunniff & Goldfarb Inc.*, Docket No. 17-2805 (2d Cir. Mar. 4, 2021), Plaintiffs' motion for leave to file a third amended complaint is denied without prejudice, (ECF No. 124), and Plaintiffs' motion for class certification pursuant to Rule 23 is denied without prejudice. (ECF No. 126.) Additionally, the Court grants the following motions to seal. (ECF Nos. 169, 177, 181, 184, 188, 200, 207.)

Plaintiffs shall renew their motions for class certification and leave to file a third amended complaint by April 5, 2021. Defendants and the arbitration claimants shall submit any response by May 3, 2021. Plaintiffs shall reply by May 10, 2021. The parties shall address what, if any, effect the *Copper* opinion has on the motion for class certification and motion for leave to file a third amended complaint.

**SO ORDERED.**

**Dated:** March 8, 2021
        New York, New York

                                                          _____
                                                          **ANDREW L. CARTER, JR.**
                                                          **United States District Judge**