USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: October 29, 2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL L. FERGUSON ET AL., <br><br>                           **Plaintiffs,** <br><br> -against- <br><br> RUANE CUNIFF & GOLDFARB INC., <br><br>                           **Defendants.** | 17-CV-6685 (ALC) <br><br> **ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the parties' briefing regarding the DST Defendants' Motion for Preliminary Injunction. ECF No. 312. The Court shall hold a telephonic hearing on the motion on **Thursday, November 18 at 12:00 p.m.** The parties should contact the Court at **1-888-363-4749 (access code: 3768660)**.

**SO ORDERED.**

**Dated:  October 29, 2021**
          New York, New York

                                                       **ANDREW L. CARTER, JR.**
                                                       United States District Judge