```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: November 18, 2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL L. FERGUSON ET AL.,

                              **Plaintiffs,**

-against-

RUANE CUNIFF & GOLDFARB INC.,

                              **Defendants.**

17-CV-6685 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    In accordance with the Court's ruling at the hearing on November 18, 2021, the DST Defendants' Motion for a Preliminary Injunction is GRANTED. ECF No. 312. The DST Defendants' Motion to Seal is also GRANTED. ECF No. 323.

    It is hereby ORDERED that all members of the Federal Rule of Civil Procedure 23(b)(1) class certified by this Court on August 17, 2021, including the Arbitration Claimants, are ENJOINED from instituting new actions or litigating in arbitration or other proceedings against the DST Defendants matters arising out of or relating to the facts or transactions alleged in the *Ferguson* amended complaint.

    The DST Defendants and the Arbitration Claimants shall submit briefing, not to exceed three pages, regarding the amount of security to be posted. The DST Defendants' brief is due **Friday, November 18, 2021**. The Arbitration Claimants' response is due **Monday, November 22, 2021**.

    The Court orders the DST Defendants and the Arbitration Claimants to submit briefing on the issue of arbitration awards that have been entered against the DST Defendants. The Parties shall jointly submit a proposed briefing schedule by **Wednesday, November 24, 2021**.

    The Clerk of Court is respectfully directed to terminate the letter motion at ECF No. 323.

SO ORDERED.

Dated:  November 18, 2021
       New York, New York

                                       **ANDREW L. CARTER, JR.**
                                       **United States District Judge**