PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 AVENUE OF THE AMERICAS         NEW YORK, NEW YORK 10019-6064
TELEPHONE (212) 373-3000

UNIT 5201, FORTUNE FINANCIAL CENTER
5 DONGSANHUAN ZHONGLU
CHAOYANG DISTRICT, BEIJING 100020, CHINA
TELEPHONE (86-10) 5828-6300

SUITES 3601 – 3606 & 3610
36/F, GLOUCESTER TOWER
THE LANDMARK
15 QUEEN'S ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, UNITED KINGDOM
TELEPHONE (44 20) 7367 1600

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

WRITER'S DIRECT DIAL NUMBER
(212) 373-3215

WRITER'S DIRECT FACSIMILE
(212) 492-0215

WRITER'S DIRECT E-MAIL ADDRESS
lclayton@paulweiss.com

November 24, 2021

**VIA ECF**

The Honorable Andrew L. Carter, Jr.
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *Ferguson, et al.* v. *Ruane Cuniff & Goldfarb Inc., et al.*, No. 1:17-cv-06685

Dear Judge Carter:

      In accordance with the Court's November 18, 2021 Order (ECF No. 330), we write to propose the following briefing schedule concerning the issue of arbitration awards that have been entered against the DST Defendants:

- December 23, 2021 – Opening briefs by DST Defendants, Arbitration Claimants, or other parties to this action; and

- January 26, 2022 – Response briefs by DST Defendants, Arbitration Claimants, or other parties to this action.

      We understand that Plaintiffs and the Arbitration Claimants consent to this proposed briefing schedule.

                                      Respectfully submitted,

                                      */s/ Lewis R. Clayton*

                                      Lewis R. Clayton

cc:    All Counsel of Record (by ECF Filing)