

Telephone: (866) 540-5505
Facsimile: (866) 300-7367
www.millershah.com

January 3, 2022



**VIA ECF AND ELECTRONIC MAIL**

The Honorable Andrew L. Carter, Jr.
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re: ***Ferguson, et al. v. Ruane Cunniff & Goldfarb Inc., et al.***
      **Case No. 1:17-cv-06685-ALC-BCM**

Dear Judge Carter:

  We write on behalf of Plaintiffs, Michael L. Ferguson, Myrl C. Jeffcoat, and Deborah Smith ("Plaintiffs"), and the certified Class in the above-referenced action. Pursuant to Your Honor's Individual Practices, Plaintiffs respectfully request permission to file a response to the Order to Show Cause entered today by the Court (ECF No. 349) ("Order"), which orders the DST Defendants to show cause why the Court should not enter an order suspending the Court's preliminary injunction entered on November 18, 2021 (ECF No. 330) ("Preliminary Injunction").

  Since the Preliminary Injunction serves to enjoin parallel proceedings against the DST Defendants arising out of or relating to the facts or transactions alleged in the Complaint in this matter, the Class has a significant interest in the resolution of the Arbitration Claimants' request for emergency relief at issue in the Order. Thus, Plaintiffs propose that they file with the Court and serve responsive papers on or before January 7, 2022, the same day as any responsive papers by the DST Defendants.

  We appreciate the Court's attention to this matter, and we stand ready to provide any additional information the Court may require.

Respectfully submitted,

/s/ Laurie Rubinow

Laurie Rubinow
*Attorney for Plaintiffs and the Class*

cc: All counsel of record (by ECF)

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

Dated: January 4, 2022

---

CALIFORNIA ■ CONNECTICUT ■ FLORIDA ■ NEW JERSEY ■ NEW YORK ■ PENNSYLVANIA ■ MILAN, ITALY

©Miller Shah LLP

