```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: January 12, 2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MICHAEL L. FERGUSON ET AL.,

                Plaintiffs,

-against-

RUANE CUNIFF & GOLDFARB INC. ET AL.,

                Defendants.

17-CV-6685 (ALC)

**ORDER RESCHEDULING HEARING**

---

**ANDREW L. CARTER, JR., United States District Judge:**

    The telephonic order to show cause hearing scheduled for today, January 12, 2022 at 3:00 p.m. is rescheduled to **January 20, 2022 at 3:30 p.m.**

SO ORDERED.

Dated:  January 12, 2022
         New York, New York

                                        **ANDREW L. CARTER, JR.**
                                        **United States District Judge**

1