## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL L. FERGUSON, MYRL C. JEFFCOAT AND DEBORAH SMITH, on behalf of the DST SYSTEMS, INC. 401(K) PROFIT SHARING PLAN,<br><br>                    Plaintiffs,<br><br>v.<br><br>RUANE CUNNIFF & GOLDFARB INC., DST SYSTEMS, INC., THE ADVISORY COMMITTEE OF THE DST SYSTEMS, INC. 401(K) PROFIT SHARING PLAN, and THE COMPENSATION COMMITTEE OF THE BOARD OF DIRECTORS OF DST SYSTEMS, INC.,<br><br>                    Defendants. | CIVIL ACTION NO.<br>1:17-cv-06685-ALC-BCM<br><br><br><br>FEBRUARY 8, 2022 |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE, that Intervenor Arbitration Claimant James DuCharme and the Intervenor Arbitration Claimants listed in the Special Appendix attached hereto, and Intervenors Stephanie Ostrander, Robert Canfield, Bonnie Kartz, Latrecia Onunkwor, Diana Weaver, David Ostermeyer, Mark Mendon and Jill Pehlman, hereby appeal to the United States Court of Appeals for the Second Circuit from the Order of the district court entered in this action on February 3, 2022 (ECF No. 369) continuing and modifying a preliminary injunction.

Dated: February 8, 2022

Respectfully submitted,

| | |
|---|---|
| KENT, BEATTY & GORDON, LLP<br><br>_____<br>Joshua B. Katz<br>Eleven Times Square<br>New York, New York 10036<br>(212) 421-4300<br>jbk@kbg-law.com<br><br>*Attorneys for Intervenors-Appellants Robert Canfield, Bonnie Kartz, Latrecia Onunkwor, Diana Weaver, David Ostermeyer, Mark Mendon and Jill Pehlman* | THE KLAMANN LAW FIRM<br><br>_____<br>Andrew Schermerhorn<br>John M. Klamann<br>4435 Main Street, Suite 150<br>Kansas City, MO 64111<br>Telephone: (816) 421-2626<br>Facsimile:  (816) 421-8686<br>ajs@klamannlaw.com<br>jklamann@klamannlaw.com<br><br>KAPKE & WILLERTH<br>George E. Kapke Jr.<br>Mike Fleming<br>3304 N.E. Ralph Powell Road<br>Lee's Summit, MO 64064<br>Telephone: (816) 461-3800<br>Facsimile:  (816) 254-8014<br>ted@kapkewillerth.com<br>mike@kapkewillerth.com<br><br>WHITE, GRAHAM, BUCKLEY & CARR<br>William Carr<br>Gene Graham<br>19049 East Valley View Parkway<br>Independence, Missouri 64055<br>(816) 373-9080 Fax: (816) 373-9319<br>bcarr@wagblaw.com<br>ggraham@wagblaw.com<br><br>HUMPHREY, FARRINGTON & McCLAIN<br>Kenneth B. McClain<br>Chelsea McClain Pierce<br>Jonathan M. Soper<br>221 West Lexington, Suite 400,<br>P.O. Box 900<br>Independence, Missouri 64051<br>Telephone: (816) 836-5050<br>Facsimile:  (816) 836-8966<br>kbm@hfmlegal.com<br><br>*Attorneys for Stephanie Ostrander, James DuCharme and the Arbitration Claimants* |