S.D.N.Y. – N.Y.C.
17-cv-6685
Carter, J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 7th day of June, two thousand twenty-two.

Present:
> Guido Calabresi,
> Gerard E. Lynch,
> Richard J. Sullivan,
> > *Circuit Judges*.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Jun 07 2022

Michael L. Ferguson, et al., on behalf of the DST Systems, Inc. 401(K) Profit Sharing Plan,

> *Plaintiffs-Appellees*,
>
> v.

James DuCharme,

> *Intervenor-Plaintiff-Appellant*,

Robert Canfield, et al., individually and as representative of a class of similarly situated persons,

> *Intervenors-Appellants*,
>
> v.

DST Systems, Inc., et al.,

> *Defendants-Cross-Claimants-*
> *Cross-Defendants-Appellees*,

Ruane Cunniff & Goldfarb Inc., et al.,

> *Defendants-Cross-Defendants-*
> *Cross-Claimants*.

21-3066 (L),
22-275 (Con)

Appellants move for a stay of the preliminary injunction issued by the district court. Upon due consideration, it is hereby ORDERED that the motion is DENIED. Appellants have not demonstrated that a stay is warranted. *Nken v. Holder*, 556 U.S. 418, 434 (2009); *In re World Trade Ctr. Disaster Site Litig.*, 503 F.3d 167, 170 (2d Cir. 2007).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

2

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 06/07/2022