# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL L. FERGUSON, MYRL C. JEFFCOAT and DEBORAH SMITH, individually and as representatives of a class of similarly situated plan participants and beneficiaries, and on behalf of the DST SYSTEMS, INC. 401(K) PROFIT SHARING PLAN,<br><br>Plaintiffs,<br><br>v.<br><br>RUANE CUNNIFF & GOLDFARB INC., DST SYSTEMS, INC., THE ADVISORY COMMITTEE OF THE DST SYSTEMS, INC. 401(K) PROFIT SHARING PLAN and THE COMPENSATION COMMITTEE OF THE BOARD OF DIRECTORS OF DST SYSTEMS, INC.,<br><br>Defendants. | Case No. 17-CV-06685-ALC-BCM<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#: _____<br>DATE FILED: __11/18/2022____ |
| MICHAEL L. FERGUSON, MYRL C. JEFFCOAT and DEBORAH SMITH, individually and as representatives of a class of similarly situated plan participants and beneficiaries, and on behalf of the DST SYSTEMS, INC. 401(K) PROFIT SHARING PLAN,<br><br>Plaintiffs,<br><br>v.<br><br>ROBERT D. GOLDFARB,<br><br>Defendant. | Case No. 1:20-cv-07092-ALC-BCM |

### [PROPOSED] ORDER STAYING PROCEEDINGS

AND NOW, this 18th day of November, 2022, upon consideration of the Notice of Settlement and Joint Motion to Stay Proceedings, it is hereby ORDERED as follows:

1. The proceedings and deadlines in the above-captioned actions are hereby STAYED for 30 days from the entry of this Order.

2. The Parties shall move for preliminary approval of the settlement or provide a further status update to the Court within 30 days of the entry of this Order.

IT IS SO ORDERED.

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

Dated: 11/18/2022