MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/9/2023

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MICHAEL L. FERGUSON, MYRL C. JEFFCOAT and DEBORAH SMITH, individually and as representatives of a class of similarly situated plan participants and beneficiaries, and on behalf of the DST SYSTEMS, INC. 401(K) PROFIT SHARING PLAN,<br><br>  Plaintiffs,<br><br>  v.<br><br>RUANE CUNNIFF & GOLDFARB INC., DST SYSTEMS, INC., THE ADVISORY COMMITTEE OF THE DST SYSTEMS, INC. 401(K) PROFIT SHARING PLAN and THE COMPENSATION COMMITTEE OF THE BOARD OF DIRECTORS OF DST SYSTEMS, INC.,<br><br>  Defendants. | Case No. 17-CV-06685-ALC-BCM |
| MICHAEL L. FERGUSON, MYRL C. JEFFCOAT and DEBORAH SMITH, individually and as representatives of a class of similarly situated plan participants and beneficiaries, and on behalf of the DST SYSTEMS, INC. 401(K) PROFIT SHARING PLAN,<br><br>  Plaintiffs,<br><br>  v.<br><br>ROBERT D. GOLDFARB,<br><br>  Defendant. | Case No. 1:20-cv-07092-ALC-BCM |

**[PROPOSED] ORDER STAYING PROCEEDINGS**

AND NOW, this  9th  day of January, 2023, upon consideration of the Status Report and Joint Motion to Stay Proceedings, it is hereby ORDERED as follows:

1.      The proceedings and deadlines in the above-captioned actions are hereby STAYED for thirty (30) days from the entry of this Order.

2.      The Parties shall move for preliminary approval of the settlement or provide a further status update to the Court within thirty (30) days of the entry of this Order.

IT IS SO ORDERED.

_____

The Honorable Andrew L. Carter
United States District Judge
1/9/2023

1