**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MICHAEL L. FERGUSON, MYRL C. JEFFCOAT and DEBORAH SMITH, individually and as representatives of a class of similarly situated plan participants and beneficiaries, and on behalf of the DST SYSTEMS, INC. 401(K) PROFIT SHARING PLAN, | USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC#: _____ DATE FILED: __2/21/2023__ |
| Plaintiffs, | |
| v. | Case No. 17-CV-06685-ALC-BCM |
| RUANE CUNNIFF & GOLDFARB INC., DST SYSTEMS, INC., THE ADVISORY COMMITTEE OF THE DST SYSTEMS, INC.(K) PROFIT SHARING PLAN and THE COMPENSATION COMMITTEE OF THE BOARD OF DIRECTORS OF DST SYSTEMS, INC., | |
| Defendants. | |
| MICHAEL L. FERGUSON, MYRL C. JEFFCOAT and DEBORAH SMITH, individually and as representatives of a class of similarly situated plan participants and beneficiaries, and on behalf of the DST SYSTEMS, INC. 401(K) PROFIT SHARING PLAN, | |
| Plaintiffs, | |
| v. | Case No. 1:20-cv-07092-ALC-BCM |
| ROBERT D. GOLDFARB, | |
| Defendant. | |

**[PROPOSED] ORDER STAYING PROCEEDINGS**

AND NOW, this 21st day of February, 2023, upon consideration of the Status Report and Joint Motion to Stay Proceedings, it is hereby ORDERED as follows:

1.     The proceedings and deadlines in the above-captioned actions are hereby STAYED for 45 days from the entry of this Order.

2.     The Parties shall move for preliminary approval of the settlement or provide a further status update to the Court within forty-five (45) days of the entry of this Order.

IT IS SO ORDERED.

The Honorable Andrew L. Carter
United States District Judge