USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: April 25, 2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **MICHAEL L. FERGUSON ET AL.,**<br><br>　　　　　　　　　　　**Plaintiffs,**<br><br>-against-<br><br>**RUANE CUNIFF & GOLDFARB INC. ET AL.,**<br><br>　　　　　　　　　　　**Defendants.** | **17-cv-6685 (ALC)** |
| **MICHAEL L. FERGUSON ET AL.,**<br><br>　　　　　　　　　　　**PLAINTIFFS,**<br><br>-AGAINST-<br><br>**GOLDFARB,**<br><br>　　　　　　　　　　　**Defendant.** | **20-cv-07092 (ALC)**<br><br>**<u>ORDER</u>** |

**ANDREW L. CARTER, JR., United States District Judge:**

　　As discussed in the conference held on April 24, 2023, the parties are hereby **ORDERED** to meet and confer and submit a Joint Status Report on or by **May 3, 2023** advising the Court on next steps in this case and related actions. The deadline to respond to the Arbitration Claimants' pending motion to decertify, ECF Nos. 433-434, is hereby held in abeyance.

**SO ORDERED.**

**Dated:  April 25, 2023**
　　　　**New York, New York**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**ANDREW L. CARTER, JR.**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**