USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: May 4, 2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **MICHAEL L. FERGUSON ET AL.,**<br><br>                              Plaintiffs,<br><br>-against-<br><br>**RUANE CUNIFF & GOLDFARB INC. ET AL.,**<br><br>                              Defendants. | **17-cv-6685 (ALC)** |
| **MICHAEL L. FERGUSON ET AL.,**<br><br>                              PLAINTIFFS,<br><br>-AGAINST-<br><br>**GOLDFARB,**<br><br>                              Defendant. | **20-cv-07092 (ALC)**<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the parties' joint status report. ECF No. 446. The Court will hold a telephonic conference on **Friday May 5, 2023 at 12:00 PM Eastern Time**. All parties shall appear and should contact the Court at **1-888-363-4749 (access code: 3768660)**.[1]

**SO ORDERED.**

**Dated:  May 4, 2023**
            New York, New York

                                                                ANDREW L. CARTER, JR.
                                                                United States District Judge

---

[1] The Court will also enter an order directing the parties in the related action *Su v. Ruane, Cunniff & Goldfarb, Inc. et al.*, No. 19-cv-09302-ALC-BCM, to appear at this telephonic conference.