USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: May 5, 2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL L. FERGUSON ET AL., <br><br> Plaintiffs, <br><br> -against- <br><br> RUANE CUNIFF & GOLDFARB INC. ET AL., <br><br> Defendants. | 17-cv-6685 (ALC) |
| MICHAEL L. FERGUSON ET AL., <br><br> PLAINTIFFS, <br><br> -AGAINST- <br><br> GOLDFARB, <br><br> Defendant. | 20-cv-07092 (ALC) <br><br> **ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

   As discussed in today's telephonic conference, the Court will continue to hold the deadline to respond to the pending motion to decertify in abeyance. The parties are **ORDERED** to file a joint status report by **May 11, 2023**.

**SO ORDERED.**

Dated:  May 5, 2023
         New York, New York

                                                **ANDREW L. CARTER, JR.**
                                                **United States District Judge**