USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: May 12, 2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL L. FERGUSON ET AL., <br><br> Plaintiffs, <br><br> -against- <br><br> RUANE CUNIFF & GOLDFARB INC. ET AL., <br><br> Defendants. | 17-cv-6685 (ALC) |
| MICHAEL L. FERGUSON ET AL., <br><br> PLAINTIFFS, <br><br> -AGAINST- <br><br> GOLDFARB, <br><br> Defendant. | 20-cv-07092 (ALC) <br><br> **ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the parties' joint status report. ECF No. 449. The Court will continue to hold the deadline to respond to the pending motion to decertify in abeyance. The parties are **ORDERED** to file a joint status report by **May 19, 2023**.

**SO ORDERED.**

Dated:  May 12, 2023
       New York, New York

                                   **ANDREW L. CARTER, JR.**
                                   **United States District Judge**