USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: May 30, 2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **MICHAEL L. FERGUSON ET AL.,** <br><br> Plaintiffs, <br><br> -against- <br><br> **RUANE CUNIFF & GOLDFARB INC. ET AL.,** <br><br> Defendants. | 17-cv-6685 (ALC) |
| **MICHAEL L. FERGUSON ET AL.,** <br><br> PLAINTIFFS, <br><br> -AGAINST- <br><br> **GOLDFARB,** <br><br> Defendant. | 20-cv-07092 (ALC) <br><br> <u>ORDER</u> |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the parties' joint status report. ECF No. 453. The Court will maintain the stay of all deadlines until **June 2, 2023**. The parties are **ORDERED** to file a joint status report by **June 2, 2023**.

**SO ORDERED.**

**Dated:  May 30, 2023**
           New York, New York

_____
         ANDREW L. CARTER, JR.
         United States District Judge