USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: June 5, 2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **MICHAEL L. FERGUSON ET AL.,**<br><br>                      **Plaintiffs,**<br><br>-against-<br><br>**RUANE CUNIFF & GOLDFARB INC. ET AL.,**<br><br>                      **Defendants.** | **17-cv-6685 (ALC)** |
| **MICHAEL L. FERGUSON ET AL.,**<br><br>                      **PLAINTIFFS,**<br><br>-AGAINST-<br><br>**GOLDFARB,**<br><br>                      **Defendant.** | **20-cv-07092 (ALC)**<br><br>**<u>ORDER</u>** |

**ANDREW L. CARTER, JR., United States District Judge:**

    The Court is in receipt of the parties' joint status report. ECF No. 455. The Court will maintain the stay of all deadlines until **June 9, 2023**. The parties are **ORDERED** to file a joint status report by **June 9, 2023**.

**SO ORDERED.**

**Dated:  June 5, 2023**
       New York, New York

                                                **ANDREW L. CARTER, JR.**
                                                **United States District Judge**