```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: June 12, 2023
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **MICHAEL L. FERGUSON ET AL.,**<br><br>                              **Plaintiffs,**<br><br>-against-<br><br>**RUANE CUNIFF & GOLDFARB INC. ET AL.,**<br><br>                              **Defendants.** | **17-cv-6685 (ALC)** |
| **MICHAEL L. FERGUSON ET AL.,**<br><br>                              **PLAINTIFFS,**<br><br>-AGAINST-<br><br>**GOLDFARB,**<br><br>                              **Defendant.** | **20-cv-07092 (ALC)**<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the parties' joint status report. ECF No. 457. The Court will maintain the stay of all deadlines until **June 16, 2023**. The parties are hereby **ORDERED** to file a joint status report on or by **June 16, 2023**.

**SO ORDERED.**

**Dated:  June 12, 2023**
               New York, New York

                                                                     _____
                                                                     **ANDREW L. CARTER, JR.**
                                                                     **United States District Judge**