UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL L. FERGUSON et al., <br><br> Plaintiffs, <br><br> -against- <br><br> RUANE CUNIFF & GOLDFARB INC. et al., <br><br> Defendants. | 17-cv-6685 (ALC) |
| MICHAEL L. FERGUSON et al., <br><br> Plaintiffs, <br><br> -AGAINST- <br><br> GOLDFARB, <br><br> Defendant. | 20-cv-07092 (ALC) |
| JULIE A. SU, *Acting United States Secretary of Labor*, <br><br> Plaintiff, <br><br> -AGAINST- <br><br> RUANE CUNIFF & GOLDFARB INC. ET AL, <br><br> Defendants. | 19-cv-09302 (ALC) |

| | |
|---|---|
| DST SYSTEMS, INC., et al.,<br><br>Plaintiffs,<br><br>-AGAINST-<br><br>RUANA, CUNIFF & GOLDFARB INC., et al.,<br><br>Defendants. | 20-cv-09472 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

The parties are directed to file notice of the Court's order extending the stay in these related actions and notifying the Court of the proposed settlement on the relevant dockets in the Second Circuit, Eighth Circuit and the District Court of Missouri by **July 10, 2023**.

**SO ORDERED.**

Dated:   July 7, 2023
         New York, New York

                                                     **ANDREW L. CARTER, JR.**
                                                     **United States District Judge**