**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MICHAEL L. FERGUSON, MYRL C. JEFFCOAT and DEBORAH SMITH, individually and as representatives of a class of similarly situated plan participants and beneficiaries, and on behalf of the DST SYSTEMS, INC. 401(K) PROFIT SHARING PLAN, | Case No. 1:17-cv-06685-ALC-BCM |
| Plaintiffs, | |
| v. | |
| RUANE CUNNIFF & GOLDFARB INC., DST SYSTEMS, INC., THE ADVISORY COMMITTEE OF THE DST SYSTEMS, INC. 401(K) PROFIT SHARING PLAN and THE COMPENSATION COMMITTEE OF THE BOARD OF DIRECTORS OF DST SYSTEMS, INC., | |
| Defendants. | |
| MICHAEL L. FERGUSON, MYRL C. JEFFCOAT and DEBORAH SMITH, individually and as representatives of a class of similarly situated plan participants and beneficiaries, and on behalf of the DST SYSTEMS, INC. 401(K) PROFIT SHARING PLAN, | Case No. 1:20-cv-07092-ALC-BCM |
| Plaintiffs, | |
| v. | |
| ROBERT D. GOLDFARB, | **PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND RELATED RELIEF** |
| Defendant. | |

Plaintiffs, Michael L. Ferguson, Myrl C. Jeffcoat and Deborah Smith ("Plaintiffs"), hereby respectfully move the Court for entry of an order granting preliminary approval of the proposed Settlement of these actions and related relief.  The Settlement Agreement dated July 14, 2023 and Exhibits thereto (including class notices; proposed preliminary and final approval orders; a former participant rollover form; the Joint Stipulation of Settlement and Release of Claims to be filed in the action captioned *Su v. Ruane, Cunniff & Goldfarb Inc., et al.*, No. 19-cv-09308-ALC-BCM, brought by the Secretary of Labor; and a list of individuals excluded from the Settlement based on their status as fiduciaries of the Plan) are collectively filed herewith as Exhibit 1 to the Declaration of Laurie Rubinow.

For the reasons explained in the accompanying Memorandum of Law and all grounds apparent on the basis of the proposed Settlement and Exhibits, accompanying papers, and the record in these actions, Plaintiffs respectfully submit that the proposed Settlement warrants preliminary approval.

Dated: July 14, 2023                    Respectfully submitted,

                                        /s/ *Laurie Rubinow*
                                        James E. Miller
                                        Laurie Rubinow (Bar No. LR-6637)
                                        MILLER SHAH LLP
                                        65 Main Street
                                        Chester, CT 06412
                                        Telephone: (866) 540-5505
                                        Facsimile: (866) 300-7367
                                        Email: jemiller@millershah.com
                                               lrubinow@millershah.com

Alec J. Berin
MILLER SHAH LLP
1845 Walnut Street, Suite 806
Philadelphia, PA 19103
Telephone: (866) 540-5505
Facsimile: (866) 300-7367
Email: ajberin@millershah.com

Nathan C. Zipperian
MILLER SHAH LLP
1625 N. Commerce Parkway, Suite 320
Fort Lauderdale, FL 33326
Telephone: (866) 540-5505
Facsimile: (866) 300-7367
Email: nczipperian@millershah.com

Monique Olivier
OLIVIER & SCHREIBER LLP
475 14th Street, Suite 250
Oakland, CA 91103
Telephone: (415) 484-0980
Email: monique@osclegal.com

*Attorneys for Plaintiffs, the Plan,*
*and the Settlement Class*