USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: July 27, 2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **MICHAEL L. FERGUSON ET AL.,**<br><br>                                        **Plaintiffs,**<br><br>-against-<br><br>**RUANE CUNIFF & GOLDFARB INC. ET AL.,**<br><br>                                        **Defendants.** | **17-cv-6685 (ALC)** |
| **MICHAEL L. FERGUSON ET AL.,**<br><br>                                        **PLAINTIFFS,**<br><br>-AGAINST-<br><br>**GOLDFARB,**<br><br>                                        **Defendant.** | **20-cv-07092 (ALC)**<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

   The Court is in receipt of the Plaintiff's unopposed motion for preliminary approval of a class action settlement. ECF Nos. 469-471. The Court will hold a telephonic conference on **August 8, 2023 at 3:00 PM Eastern Time.** All parties shall appear and should contact the Court at **1-888-363-4749 (access code: 3768660).**

**SO ORDERED.**

**Dated:  July 27, 2023**
           New York, New York

_____
                            **ANDREW L. CARTER, JR.**
                            **United States District Judge**