USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: August 3, 2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **MICHAEL L. FERGUSON ET AL.,**<br><br>                                Plaintiffs,<br><br>-against-<br><br>**RUANE CUNIFF & GOLDFARB INC. ET AL.,**<br><br>                                Defendants. | **17-cv-6685 (ALC)** |
| **MICHAEL L. FERGUSON ET AL.,**<br><br>                                **PLAINTIFFS,**<br><br>-AGAINST-<br><br>**GOLDFARB,**<br><br>                                Defendant. | **20-cv-07092 (ALC)**<br><br>**<u>ORDER</u>** |

**ANDREW L. CARTER, JR., United States District Judge:**

        The Court previously scheduled a telephonic conference in this matter for August 8, 2023 at 3:00 PM Eastern Time. The Conference is hereby **ADJOURNED SINE DIE.**

**SO ORDERED.**

**Dated:  August 3, 2023**
           New York, New York

                                                            **ANDREW L. CARTER, JR.**
                                                             **United States District Judge**