## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL L. FERGUSON, MYRL C. JEFFCOAT AND DEBORAH SMITH, on behalf of the DST SYSTEMS, INC. 401(K) PROFIT SHARING PLAN,<br><br>Plaintiff,<br><br>v.<br><br>RUANE CUNNIFF & GOLDFARB INC. et al.<br><br>Defendants. | CIVIL ACTION NO.<br>1:17-cv-06685-ALC<br><br><br><br>**NOTICE OF ARBITRATION COUNSEL'S UNOPPOSED MOTION FOR AN AWARD OF ATTORNEYS' FEES** |

**PLEASE TAKE NOTE** that, upon the accompanying Memorandum of Law in Support of Arbitration Counsel's Unopposed Motion for an Award of Attorneys' Fees and supporting papers, including the declarations of Arbitration Counsel,[1] Arbitration Counsel hereby move this Court, pursuant to Federal Rule of Civil Procedure 23, before the Honorable Andrew L. Carter, Jr., at the United States Courthouse, 40 Foley Square, New York, NY, for an Order granting Arbitration Counsel's Unopposed Motion for an Award of Attorneys' Fees and for such other and further relief as requested and as the Court deems just and proper in the above-captioned case. A [Proposed] Order granting the Motion (and granting final approval of the Settlement Agreement and Release) is attached as **Exhibit B** to the Settlement Agreement and Release. *See* Declaration of Laurie Rubinow, ECF No. 471-1, pages 75-84, ¶ 8.

DATED: October 3, 2023                                         Respectfully submitted,

                                                                                    THE KLAMANN LAW FIRM

                                                                                    BY: /s/ *Andrew Schermerhorn*
                                                                                    John M. Klamann

---

[1] Unless otherwise indicated, all capitalized terms have the same meanings provided in the Settlement Agreement (ECF No. 471-1).

Andrew Schermerhorn
4435 Main Street, Suite 150
Kansas City, MO 64111
Telephone: (816) 421-2626
Facsimile:  (816) 421-8686
jklamann@klamannlaw.com
ajs@klamannlaw.com

KAPKE & WILLERTH
George E. Kapke Jr.
Mike Fleming
3304 N.E. Ralph Powell Road
Lee's Summit, MO 64064
Telephone: (816) 461-3800
Facsimile:  (816) 254-8014
ted@kapkewillerth.com
mike@kapkewillerth.com

WHITE, GRAHAM, BUCKLEY & CARR
William Carr
Gene Graham
19049 East Valley View Parkway
Independence, Missouri 64055
(816) 373-9080 Fax: (816) 373-9319
bwhite@wagblaw.com
ggraham@wagblaw.com

HUMPHREY, FARRINGTON & McCLAIN
Kenneth B. McClain
221 West Lexington, Suite 400,
P.O. Box 900
Independence, Missouri 64051
Telephone: (816) 836-5050
Facsimile:  (816) 836-8966
kbm@hfmlegal.com

**ATTORNEYS FOR THE
ARBITRATION CLAIMANTS**