**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MICHAEL L. FERGUSON, *et al.*, | 17 Civ. 6685 (ALC) (BCM) |
| Plaintiffs, | |
| v. | **NOTICE OF MOTION** |
| RUANE, CUNNIFF & GOLDFARB INC., *et al.* | |
| Defendants. | |

**PLEASE TAKE NOTICE**, that that upon the accompanying memorandum of law, declaration of Joshua B. Katz, and all prior papers and proceedings had herein, the *Canfield/Mendon* Plaintiffs and *Canfield/Mendon* Counsel (as defined in the Settlement Agreement preliminarily approved by the Court on August 3, 2023, *see* ECF No. 476) hereby move, pursuant to Rules 23 and 54 of the Federal Rules of Civil Procedure, for an award of attorneys' fees and expenses in the total amount of $250,000.

Dated: New York, New York
October 3, 2023

KENT, BEATTY & GORDON, LLP

*/s/Joshua B. Katz*
Joshua B. Katz
Eleven Times Square
New York, New York 10036
(212) 421-4300
jbk@kbg-law.com

*Attorneys for* Canfield/Mendon *Plaintiffs*